**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DAVID JOHNSON,<br><br>Defendant. | Magistrate Case No.: '24 MJ4691<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title, 18 U.S.C., Sec. 2251(d) and (e) – Notice or Advertisement Seeking or Offering Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about October 27, 2024, within the Southern District of California, defendant JAMES DAVID JOHNSON, did knowingly make, print, and publish, and caused to be made, printed, and published, a notice and advertisement seeking and offering to produce, display, distribute, and reproduce, one or more visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means including by computer; all in violation of Title 18, United States Code, Section 2251(d) and (e).

/ /

/ /

/ /

And the complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Daniel P. Evans

Daniel P. Evans, Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 16th day of December, 2024.

HONORABLE STEVE B. CHU
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April of 2005. I am currently assigned to the Human Trafficking/Violent Crimes Against Children Squad of the San Diego Field Office, where I primarily investigate crimes involving child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. My experience as an FBI Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, child pornography identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of computer equipment. My experience includes investigating cases involving the use of computers and the Internet to commit crimes. I earned a bachelor's degree in computer science and was certified as a Digital Extraction Technician (DExT) in 2011. This certification authorizes me to forensically preserve and review digital evidence seized by the FBI and partner agencies. In addition, I have additional training related to computer and cell phone forensics and have personally participated in the execution of hundreds of search warrants involving the search and seizure of computer equipment.

The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have

personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation.

The FBI has an ongoing investigation into a Tor[1] website (SUBJECT WEBSITE). The SUBJECT WEBSITE is one in which users regularly advertise, distribute, and receive child pornography through forums on the site. At various times throughout 2024, law enforcement personnel acting in an undercover capacity have posed as users of SUBJECT WEBSITE, in order to observe and later investigate the users.

During this investigation in 2024, FBI agents identified a specific user, later identified by FBI agents as JAMES DAVID JOHNSON, who posted a link, which contained a video of a minor engaged in sexually explicit conduct, to make this visual depiction available to other users of the SUBJECT WEBSITE. JOHNSON used a particular screen name that is unique to him.[2]

---

[1] The "Onion Router" or "Tor" was originally designed, implemented, and deployed as a project of the U.S. Naval Research Laboratory for the primary purpose of protecting government communications. It is now available to the public at large. Because it creates a significant degree of anonymity on the Internet, Tor has become a formidable counter-surveillance tool. The Tor software protects users' privacy online by bouncing their communications around a distributed network of relays run by volunteers all around the world. It prevents the ability to learn what sites a user visits, prevents the sites the user visits from learning the user's physical location, and lets the user access sites which could otherwise be blocked. Tor software can also make it exceedingly difficult to recover digital artifacts from a computer using Tor software. For all of these reasons, the use of Tor has become a venue of choice for individuals engaged in the sexual exploitation of children online, including the advertisement, distribution, receipt, and possession of visual depictions of minors engaged in sexually explicit conduct.

[2] Based on training and experience, law enforcement agents know that screen names are incredibly personal to the user and it is not common to see multiple individuals using unique screen names on child pornography websites, especially on Tor. Because the screen names are the only way these individuals identify themselves across the various websites, using the same screen name immediately establishes credibility among other users. Based upon the investigation in this case, law enforcement agents have identified the particular screen name used by JOHNSON.

Based upon the investigation to date, JOHNSON created a post while on the SUBJECT WEBSITE informing other users about a video he had made available on October 27, 2024. JOHNSON commented that he was able to improve the video quality and correct the technical issues that were present in order to benefit any user interested in the technically-improved video. Included in the post was the file name and a preview of the video. The title of the video included a description of the vaginal penetration and oral copulation of a prepubescent minor. JOHNSON then posted a link making the specific video available to other users in two different formats. JOHNSON included a specific password associated with the file.

A law enforcement agent, acting in an undercover capacity, was able to access the link in order to download the video posted by JOHNSON. The video depicts the sexual abuse of a prepubescent female by an adult male. The prepubescent female appears to be approximately three to five years in age. The adult male vaginally penetrates the prepubescent female with objects, and his fingers. The adult male also penetrates the prepubescent female's mouth with his penis and ejaculates in her mouth.

The preview referenced above contains a collage of screen captures from the video depicting the activities described above. The image also contains a banner routinely used by JOHSON, as observed by law enforcement personnel on electronic devices used by JOHNSON, that contained a portion of the username used by JOHNSON.

Law enforcement has been conducting surveillance of JOHNSON while he has been at a location in Santee, California, which is within the Southern District of California. These observations include the time when the link was posted and advertised on the SUBJECT WEBSITE on October 27, 2024. JOHNSON was the only individual at the location when the post was made. Pen register data from that location establish that there was a Tor connect from that location.

Based upon the FBI's investigation, law enforcement sought and obtained search warrants for JOHNSON, his vehicle, his residence, and the location where JOHNSON

advertised the link to the visual depiction described above. On December 13, 2024, the search warrants were executed at the various locations. JOHNSON was advised of his *Miranda* rights and agreed to speak to law enforcement. During the interview, JOHNSON was informed about the nature of the investigation and told law enforcement that he had not engaged in any hands-on abuse of any children.[3] Shortly thereafter, the interview was ended at JOHNSON's request.

Pursuant to the federal search warrants, a number of computers, computer devices, electronic media, and cellular phones were seized from JOHNSON's residence in Santee, California, as well as the location reference above which is an office used almost exclusively by JOHNSON.

During an initial review of some of the devices, law enforcement recovered electronic documents containing JOHNSON'S unique screen name which matches the October 27 post. The documents also contain variations of the same password JOHNSON appears to routinely uses, which is a variation of the password provided in the October 27 post. The initial review of the devices also confirms the existence of Tor and numerous files containing visual depictions of minors engaged in sexually explicit conduct. Printed pages were also recovered from JOHNSON'S office which contained his screen name as used on the SUBJECT WEBSITE. The review of the seized items is ongoing.

Based on my training and experience, I know that accessing Tor requires the use of the Internet, and that the Internet is a means and facility of interstate commerce.

December 13, 2024

JOHNSON was arrested and charged with a violation of Title 18, United States Code, 2251 (d) and (e), Notice or Advertisement Seeking or Offering Visual Depictions of

[3] JOHNSON is not the adult male depicted in the video described above.

Minors Engaged in Sexually Explicit Conduct. JOHNSON was booked into the San Diego Metropolitan Correction Center on December 13, 2024.

Executed on December 13, 2024, at 7:15p.m.

Daniel P. Evans

Daniel P. Evans, Special Agent
Federal Bureau of Investigation

On the basis of the facts presented in this probable cause statement consisting of 5 pages, I find probable cause to believe the defendant, JAMES DAVID JOHNSON, named in this probable cause statement, committed the offense on October 24, 2024, in violation of Title 18 U.S.C. § 2251 (d) and (e), Notice or Advertisement Seeking or Offering Visual Depictions of Minors Engaged in Sexually Explicit Conduct.

Hon. Steve B. Chu
United States Magistrate Judge

December 13, 2024
Date/Time