# EXHIBIT A


PRIVATE'S
PARKING
RABBIT



