# EXHIBIT B

Sandee Rossman
[redacted]

September 22, 2025

Dear Judge Bashant:

I am writing in regard to my brother James David (JD) Johnson. I am his older sister. Thank you for considering my letter.

I can assure you that JD has an extremely kind and compassionate heart. If a friend or family member ever mentioned to him that they needed help in any way, he would drop everything to help. He would do whatever he could do to be of service—from fixing something broken at a friend's house to setting up a whole sound system for my daughter's birthday party.

In addition, JD is probably one of the most generous men I have ever known. As an example, an elderly lady in his church told him about the difficulties she was having with her violin, so JD surprised her with a new violin as a gift.

JD has been a leader in both churches he has faithfully attended. He has headed up the sound room in each church respectively and led activities for high schoolers. His strong faith will be an asset to him when he is released. I've seen it help him with his determination to better himself in the past. For instance, JD became a smoker in the military. But years later he made a choice to quit smoking, and so he stopped immediately, that day, with prayer and determination, no patches or pills. I've always admired him for that.

Family has always been important to us. JD would do anything to help me or my younger brother Brian. I know he has often helped Brian with house issues that have arisen over the years. I am confident that when JD is released from

prison, our family will be there to help support him. We are already making plans for how to help him with housing and finances when that day arrives. He certainly will not be on his own in his transition.

I completely respect the law and the judicial process. I will accept the decision that you make in this case. But I wanted you to know that I and my family will follow through with whatever is recommended to help JD be restored to good mental health and good standing in the community. I want the absolute best for my brother. I love him very much and am looking forward to his eventual release.

I appreciate your time and your consideration.

Sincerely,

Sandee Rossman

Sandee Rossman

To whom it may concern,

I William Rossman of Santee have known James David Johnson for over 50 years. We grew up in the same church that our families still attend today, and I was blessed to marry his sister, with whom I am still married. So, my perspective is as a brother-in-law.

For me there are 4 characteristics that stand out about JD.

1. Smart – JD is one of the most intelligent individuals I know. His knowledge of so many topics is amazing and frustrating at the same time. He always seems to know facts about whatever you're talking about. He always seems to be an expert and often isn't open to others' ideas or opinions. He can talk about any subject and be able to add to the conversation.
2. Helpful – JD is willing to help anyone who ask. Many times, they didn't need to ask; he would just be observant to know who needed help and he would help them. This included building projects (electrical, cement work, small appliance repair, computer repairs, AV & sound set up, as well as general household maintenance repair projects), moving (packing and boxing, loading and unloading, tear down and set up), teaching (showing someone how to fix something, build something, study the Bible, or discussing a topic that they were interested in and helping them learn more about it), and generally lending a hand when he saw something that needed to be done.
3. Generous - JD is always willing to provide money to someone who needed it. For a meal, a project or just general needs. When we exchange gifts, he always went over the top.
4. Hoarder - JD always has stuff. And lots of it. Tools, components / supplies, books, pamphlets, videos, etc. He could never just buy one. Always a case or a box, even if he only needed one. And the tools, even if he only needed it for 1 project, he will buy a tool for that project and then it would just lay around. He loves to have stuff. The problem is that he has too much stuff and then you can't find it, so he would buy another one.

In closing JD is a nice guy. He cares about people and doesn't know how to say no. When he's focused, he works hard until the project gets done.

Thank you for your time.

Will A R

**Honorable Judge Cynthia Bashant**
United States District Court for the Southern District of California
United States Courthouse
333 West Broadway
San Diego, CA 92101

April 24, 2026

**Re: James David Johnson**

Dear Honorable Judge Bashant,

This letter is in regards to Mr. James David Johnson (aka: JD), as a personal character reference. I have known JD for over 15 years, and have always known him to be kind, considerate, and helpful to others. JD was also was generous towards friends and acquaintances. Sometime in or about February 2022 a mutual friend Terrence McCarthy has received assistance from JD to replace his electrical box for a total of $60 (cost of parts, all he could afford at the time), with the work provided by JD valued at about $1300. JD has had a successful career as an electrical engineer and used his time, talents, and proceeds from gainful employment to benefit society.

JD has had for a long time deep specific interests in Psychology and Philosophy, and, for as long as I have known him, he has engaged these interests in endeavors to help solve people-related problems through counseling in small group and personal situations. He has always had healthy relationships with those around him, with no report of malicious intent or behavior. When JD moved from one church to another, separating himself from serving the youth group in the first church, those who interacted with him at that church were so upset at his leaving that they wanted their families to move to the new church so they could continue under JD's teaching. He has donated countless hours to church organizations, and has personally financed equipment for church benefit for which he has never been reimbursed.

Additionally, JD has volunteered for many years with the suicide prevention hotline. JD has always been a servant to the community at large as a counselor, pastor, and teacher, helping friends and strangers alike as needs present themselves. I have found his advice to be wise and beneficial. JD has served in the US Marines Military Police (receiving an honorable discharge from the US Marines), and has often in my conversations with him expressed a very clear understanding of legal responsibility.

I recognize that the crime for which Mr. JD Johnson is charged is very serious and is not without victims. I also recognize that weighing the facts of this (and any) case is a serious responsibility for you. Please consider the character of Mr. JD Johnson and the lasting effects of his legacy to the community when evaluating whatever sentence is just in his case.

Thank you for your attention.

Jeff Krogstad